IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHEILA RENE BOHANNAN or )
WHITE (sic), )
 )
       Petitioner, )
 ) Civil No. 10-6256-TC
 )
v. )
 ) ORDER
STATE OF OREGON, )
 )
       Respondent. )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on October 5, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed October 5, 2010, in its entirety. Petitioner's petition (#1) is denied without prejudice for failure to state a claim. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE